```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

PRO-DIRECT SPORT, INC.,
        Defendant.

Case No. 1:19-cv-07894-RA

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           December 24, 2019

                          Respectfully submitted,

                          */s/ Joseph H. Mizrahi*
                          Cohen & Mizrahi LLP
                          *Attorneys for Plaintiff*

SO ORDERED:

HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

12-30-19